consolidated by an order entered on the eve of a trial of the contractor's suit.

*John W. Hogan, Paul Bonynge* and *William H. Harding* for appellants.

*D. A. Marsh, George D. Yeomans* and *Trabue Carswell* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

JULIAN P. FAIRCHILD et al., as Receivers of ATLANTIC DOCK COMPANY, Appellants, *v.* UNION FERRY COMPANY OF NEW YORK AND BROOKLYN, Respondent.

*Wharves and piers — riparian rights — action to enjoin maintenance of ferry rack, bridges and structures alongside pier owned by plaintiffs.*

*Fairchild* v. *Union Ferry Co. of N. Y. & Brooklyn,* 212 App. Div. 823, affirmed.

(Argued May 13, 1925; decided June 2, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 14, 1925, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury. The action was brought to enjoin the defendant from maintaining a ferry rack, ferry bridges and other ferry structures alongside and in front of a bulkhead and pier owned by the plaintiffs at and near the foot of Hamilton avenue in the borough of Brooklyn and for the recovery of damages for maintenance of the structures complained of from 1916 to commencement of the action. Plaintiffs' claim was based upon the contention that the defendant had no right to maintain its rack in such close proximity to the side of the dock company's pier as to prevent the latter from using that side of the pier for the mooring of vessels or for any commercial purpose.

*Francis L. Durk* for appellants.
*George P. Hotaling* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

ARNOLD A. KLINE et al., Appellants, *v.* THE MYRIAD PICTURES CORPORATION et al., Respondents.

*Fraud — election of remedies — plaintiff may not maintain action to recover for fraud inducing execution of release of obligation of promissory notes while prosecuting action to recover on notes.*

*Kline* v. *Myriad Pictures Corporation*, 211 App. Div. 550, affirmed. (Argued May 13, 1925; decided June 2, 1925.)

APPEAL from a judgment, entered February 26, 1925, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing an order of Special Term denying a motion to strike out plaintiffs' reply and for judgment in favor of defendants and granting said motion. The action was for alleged fraud by which plaintiffs were induced to execute a release of the obligation of certain promissory notes. The answer set up as a defense that simultaneously with the commencement of this action plaintiffs had commenced another action to recover on the notes. The question was whether this action was barred under the doctrine of election of remedies.

*Jay Leo Rothschild* and *Louis Rivkin* for appellants.

*Leopold Blumberg* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.